UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISATU VILLE,

                    Plaintiff,

        v.

FIRST CHOICE IN HOME CARE,

                    Defendant.

CASE NO. C17-548-JLR

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 11th day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge