UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>                        Plaintiff,<br>      v.<br><br>FIRST CHOICE IN HOME CARE,<br><br>                        Defendant. | CASE NO. C17-0548JLR<br><br>ORDER REFERRING MOTION TO APPOINT COUNSEL TO SCREENING COMMITTEE |

Before the court is Plaintiff Isatu Ville's motion to appoint counsel. (Mot. (Dkt. # 2).) Ms. Ville is proceeding *pro se* and *in forma pauperis*. (4/11/17 Order (Dkt. # 4).) The court has discretion to request a court-appointed attorney on Ms. Ville's behalf, *see* 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed representation of civil rights litigants. The plan requires the court to assess a plaintiff's case before forwarding it to the Pro Bono Screening Committee for further review and possible appointment of pro bono counsel. *See* General Order, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights

Actions).  In its initial assessment, the court evaluates the case to determine that it is not frivolous and that the plaintiff is financially eligible.  *Id.*  Ms. Ville's submissions satisfy the court that there is an adequate basis to refer her case to the Screening Committee.  (*See* Mot. at 4; Compl. (Dkt. # 5).)

Accordingly, the court DIRECTS the Clerk to forward to the Screening Committee Ms. Ville's complaint (Dkt. # 5), her motion for court-appointed counsel (Dkt. # 2), and a copy of this order.  *See* General Order, August 1, 2010, Section 3(c).  The court DIRECTS the Screening Committee to review the case and make a recommendation to the court in accordance with the District's pro bono plan and the rules for the pro bono panel on or before May 8, 2017.  The court also DIRECTS the Clerk to renote Ms. Ville's motion to appoint counsel (Dkt. # 2) for May 8, 2017, pending the Screening Committee's recommendation.  *See* General Order, August 1, 2010, Section 3(f).

Dated this 13th day of April, 2017.

JAMES L. ROBART
United States District Judge