Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>        Plaintiff,<br>vs.<br><br>FIRST CHOICE IN HOME CARE,<br><br>        Defendant. | No. 2:17-cv-00548-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FIRST CHOICE IN-HOME CARE'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR: FRIDAY, MAY 19, 2017 |

IT IS HEREBY ORDERED that Bruce M. Cross of Perkins Coie, LLP is withdrawn as counsel for Defendant First Choice In-Home Care, and Aaron D. Bigby of Northcraft, Bigby & Biggs, P.C., is substituted as counsel for Defendant.

DATED this 19th day of May, 2017.

_____
HONORABLE JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT FIRST CHOICE IN-HOME CARE'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1   [2:17-cv-00548-JLR]
w:\ville\pld\mtn for withdrawal and sub of counsel.proposed order

NORTHCRAFT, BIGBY & BIGGS, P.C.
819 Virginia Street / Suite C-2
Seattle, Washington 98101
tel: 206-623-0229
fax: 206-623-0234

1 PRESENTED BY:

2 /s/ Aaron D. Bigby
Aaron D. Bigby, WSBA #29271
3 Northcraft, Bigby & Biggs, P.C.
819 Virginia Street, Suite C-2
4 Seattle, WA 98101
Telephone: (206) 623-0229
5 Facsimile: (206) 623-0234
Email: aaron_bigby@northcraft.com
6 Attorney for Defendant First Choice In-Home Care

25 [PROPOSED] ORDER GRANTING DEFENDANT FIRST CHOICE
IN-HOME CARE'S MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2   [2:17-cv-00548-JLR]
w:\ville\pld\mtn for withdrawal and sub of counsel.proposed order

NORTHCRAFT, BIGBY & BIGGS, P.C.
819 Virginia Street / Suite C-2
Seattle, Washington 98101
tel: 206-623-0229
fax: 206-623-0234