UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISATU VILLE,

　　　　　　Plaintiff,

　　v.

FIRST CHOICE IN HOME CARE,

　　　　　　Defendant.

CASE NO. C17-0548JLR

ORDER STRIKING PRO SE DOCUMENT

Plaintiff Isatu Ville filed a pro se document with the court (Letter (Dkt. # 18)) even though she is represented by counsel Matthew Furness (*see* Not. of Appearance (Dkt. # 14) at 1). Under Local Rule 83.2(b)(5), "[w]hen a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf." Local Rules W.D. Wash. LCR 83.2(b)(5); *see also Le v. Almager*, No. C 08-03293 SBA, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Ms.

ORDER - 1

Ville has not filed a motion to proceed on her own behalf. (*See* Dkt.) If Ms. Ville would like to do so, she must first follow the procedures outlined in Local Rule 83.2(b). *See* Local Rules W.D. Wash. LCR 83.2(b). Thus, the court STRIKES Ms. Ville's pro se document (Dkt. # 18).

Dated this 5th day of January, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2