UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>               Plaintiff,<br>     v.<br><br>FIRST CHOICE IN HOME CARE,<br><br>               Defendant. | CASE NO. C17-0548JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court acknowledges that it received Plaintiff Isatu Ville's latest letter on July 9, 2018. (*See* Letter (Dkt. # 29).) In her letter, Ms. Ville recounts the alleged events giving rise to her claims and requests that the court order Defendant First Choice in Home Care ("First Choice") to settle the case for $1,000,000.00. (*See generally id.*) The letter, however, is not in a form proper for the court's consideration, *see* Local Rules W.D. Wash. LCR 7, and accordingly, First Choice need not respond. Moreover, the

court cannot order a party to settle a case and therefore, cannot grant the relief Ms. Ville requests.  (*See* Letter at 4.)

Filed and entered this 17th day of July, 2018.

                                      WILLIAM M. MCCOOL
                                      Clerk of Court

                                      s/ Ashleigh Drecktrah
                                      Deputy Clerk

MINUTE ORDER - 2