UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>                 Plaintiff,<br>     v.<br><br>FIRST CHOICE IN HOME CARE,<br><br>                 Defendant. | CASE NO. C17-0548JLR<br><br>ORDER GRANTING RELIEF FROM CASE SCHEDULE |

Before the court is Defendant First Choice In-Home Care's ("First Choice") unopposed motion for relief from the case schedule. (Mot. (Dkt. # 38).) On August 1, 2018, First Choice filed a motion for summary judgment in this matter. (*See* MSJ (Dkt. # 31).) First Choice attempted to serve this motion on Plaintiff Isatu Ville at the address 3721 S. 180th St., Apt. 204, SeaTac, WA 98188. (Mot. at 1-2.) Ms. Ville, however, changed her address on file with the court on June 5, 2018. (*See* 6/5/2018 Letter (Dkt. # 27) at 7-8. ("YOUR HONOUR [sic], starting this date June 5, I want the Court and Defendent to to [sic] send letters or notice to . . . this address[:] ISATU VILLE c/o

ORDER - 1

1 | Michael Cobbinah 28808 14th Ave. S[,] Federal Way, WA 98003.").) As a result of this
2 | June 5, 2018, letter, the court clerk changed Ms. Ville's address on the case docket. (*See*
3 | Dkt.) Ms. Ville also included her new address in her June 15, 2018, letter to the court.
4 | (*See* 6/15/2018 Letter (Dkt. # 28) at 4.)

Ms. Ville was represented by counsel at one point, but is now proceeding *pro se*. (*See* Mot. to Withdraw (Dkt. # 22); 2/21/2018 Order (Dkt. # 24) (granting motion to withdraw).) A *pro se* party "must file a notice with the court of any change in address." Local Rules W.D. Wash. LCR 10(f); *see also id.* LCR 41(b)(2) ("A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address."). The court recognizes that Ms. Ville changed her address in the middle of an otherwise unrelated filing (*see* 6/5/2018 Letter at 7-8), and that the filing was not clearly titled as a notice of address change (*see* Dkt. # 27 (6/5/2018 Letter entitled "LETTER from Plaintiff re Statement of Claim")). The court also recognizes that Ms. Ville recited her outdated address in her deposition that occurred earlier on June 5, 2018 (*see* 8/1/2018 Bigby Decl. (Dkt. # 32), Ex. 4 at 8:4-12), and that Ms. Ville did not correct this portion of her deposition when she submitted her deposition errata on July 5, 2018 (*see* 8/21/2018 Bigby Decl. (Dkt. # 39), Ex. 5 at 1-6). Nonetheless, the court finds that Ms. Ville successfully changed her address on June 5, 2018. *See also Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013) ("Courts in this circuit have an obligation to give a liberal construction to the filings of pro se litigants.").

Because Ms. Ville is not a registered participant in the Electronic Case Filing System, First Choice was required to "effect service in paper form according to the

Federal Rules of Civil Procedure." Local Rules W.D. Wash. LCR 5(b). First Choice attempted to serve its motion for summary judgment on Ms. Ville under Federal Rule of Civil Procedure 5(b)(2)(C), but failed to accomplish service at Ms. Ville's "last known address" when it mailed the motion to Ms. Ville's outdated address at 3721 S. 180th St., Apt. 204, SeaTac, WA 98188. *See* Fed. R. Civ. P. 5(b)(2)(C). Therefore, First Choice's motion for summary judgment service was ineffective.

Under Local Rule 7(l), "[t]he court may renote a pending motion to ensure compliance with applicable court rules or for other reasons." Local Rules W.D. Wash. LCR 7(l). Although the August 7, 2018, deadline for filing dispositive motions has passed (*see* Dkt. # 17 at 1), the court GRANTS First Choice's motion for relief from case schedule (Dkt. # 38). The court further DIRECTS the clerk to re-note the motion for summary judgment (Dkt. # 31) for Friday, September 28, 2018. In addition, the court ORDERS First Choice to accomplish service on Ms. Ville no later than Thursday, September 6, 2018. Ms. Ville's response to First Choice's motion for summary judgment is due no later than Monday, September 24, 2018. *See* Local Rules W.D. Wash. LCR 7(d)(3). First Choice should not file a new reply brief to its motion for summary judgment because it has already filed one. (*See* Reply (Dkt. # 36).) The court also DIRECTS the clerk to reschedule the date for submitting motions in limine to Thursday, October 11. (*See* Dkt. # 17 at 1.)

Dated this 4th day of September, 2018.

JAMES L. ROBART
United States District Judge